# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL C. HART, ) <br> ) <br> Defendant. ) | 8:05CR234 <br><br> ORDER |

Upon the defendant's motion to continue (Filing No. 7),

**IT IS ORDERED** that the motion (Filing No. 7) is granted. The Initial Appearance and Arraignment are continued to **July 11, 2005,** at **10:15 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 8th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge