FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

JAN 13 2006

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:05CR234 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER TO DISPERSE** |
| DANIEL C. HART, | ) | |
| Defendant. | ) | |

The defendant having pleaded guilty herein on the 9th day of January, 2006, and having previously paid restitution in the amount of $37,362.37 to the Clerk of the United States District Court for the District of Nebraska pursuant to this court's order of the 31st day of August, 2005, being fully advised in the premises, the Court finds as follows:

The Clerk of the United States District Court for the District of Nebraska shall forthwith issue its payment in the sum of $37,362.37, plus any interest due, if applicable, on behalf of the Shoebox Systems Inc. SIMPLE IRA Plan, made payable to **Oppenheimer Funds, in care of Agent Rob Richardson at 1716 N 120th Street, Omaha, NE 68154**.

Dated this 13 day of January, 2006

Joseph F. Bataillon
Chief United States District Judge

approved as to form and content:

Clarence Mock

Michael D. Wellman